ited to the second question presented thereby. *Mr. Walter E. Barton* for petitioner.

No. 707. REPUBLIC STEEL CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. May 20, 1940. The motion for leave to file a petition for rehearing is granted, and the petition for rehearing is also granted. The order denying certiorari, dated April 8, 1940, 309 U. S. 684, is vacated. The petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is granted, limited to the fourth question therein presented, which relates to the work relief provisions of the decree below: provided that this order shall not operate to suspend the remaining provisions of the decree. *Messrs. Luther Day, Thomas F. Patton, Joseph W. Henderson,* and *Mortimor S. Gordon* for petitioner. *Solicitor General Biddle* and *Messrs. Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf,* and *Ruth Weyand* for respondents. *Messrs. Lee Pressman, Joseph Kovner* and *Anthony Wayne Smith* for Steel Workers Organizing Committee, respondents.

No. 548. NEUBERGER *v.* COMMISSIONER OF INTERNAL REVENUE. May 27, 1940. The petition for rehearing is granted, and the order denying certiorari, entered January 2, 1940, 308 U. S. 623, is vacated. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted, limited to the second and third questions thereby presented. *Messrs. Joseph M. Proskauer* and *Wilbur H. Friedman* for petitioner.